# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: PHILIP LICHTENFELD-surr- (J)# cell Block  CASE NO: 21-6320-VALLE (temp)

AUSA: Eli Rubin-Zoom  present  ATTY: Frank Schwartz -Zoom  present  (If applicable-appeals colloquy) (temp)

AGENT:  VIOL: 18:1956 Money Laundering

PROCEEDING: INITIAL APPEARANCE  RECOMMENDED BOND: PTD

BOND HEARING HELD: yes / no  COUNSEL APPOINTED:

BOND SET @: $350,000 CSB w/Nebbia  To be cosigned by: wife, a brother by noon Thursday, brother & mother.
$500,000 PSB

Rule 77.1 advised

- ☐ Do not violate any law.  *∆ - can be released  ∆ - agrees to video conf.
- ☐ Appear in court as directed.  *∆ - surrenders 2 passports  today  ∆ - advised of charge
- ☑ Surrender and / or do not obtain passports / travel documents.  (wife & children passports not needed)
- ☑ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.  *∆ Atty has passports to surrender to PTS.
- ☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.  Nebbia discussed in Court — Govt
- ☐ No contact with victims / witnesses.  will let us know
- ☑ ✓ property not to be sold, encumbered or mortgaged.  if Nebbia is
- ☐ No firearms.  satisfied.
- ☐ Curfew: ___
- ☑ Travel extended to: SD/FL.
- ☐ Halfway House ___

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 6-11-21 | 11:00AM | STRAUSS | |
| PTD HEARING: | | | | |
| PRELIM/ARRAIGN.: | 6-11-21 | 11:00am | STRAUSS | |

CHECK IF APPLICABLE ___: For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ___, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..

DATE: 5-21-21  TIME: 11:00am  DAR: 11:59:2 and recorded on ZOOM  PAGE: 11

15 m.